# UNITED STATES of America, Plaintiff–Appellee,

v.

# Angelo SILVA–GUTIERREZ, Defendant–Appellant.

## No. 03–41486.
## Summary Calendar.

United States Court of Appeals, Fifth Circuit.

June 18, 2004.

James Lee Turner, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

Angelo Silva–Gutierrez, Big Spring, TX, Kimberly S. Keller, The Keller Group, San Antonio, TX, for Defendant–Appellant.

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM: *

Court-appointed counsel for Angelo Silva–Gutierrez (Silva–Gutierrez) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Silva–Gutierrez was notified of counsel's motion and did not file a response.

Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.